**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MIGUEL ALAS,

                      Plaintiff,

       -against-

COMMISSIONER OF SOCIAL SECURITY,
                      Defendant.
-----------------------------------------------------------------X

19 **CIVIL** 430 (VSB)(BCM)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/4/2020

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons set forth in the Court's Opinion & Order dated June 3, 2020, Plaintiff's motion for judgment on the pleadings is GRANTED and Defendant's motion is DENIED, and the action is remanded to the Commissioner of Social Security for further proceedings, consistent with the Report and Recommendation.

**Dated:**  New York, New York
          June 4, 2020

                                                  **RUBY J. KRAJICK**

                                                  **Clerk of Court**
                              BY:

                                                  **Deputy Clerk**