AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York
By:   BENIL ABRAHAM
Special Assistant U. S. Attorney
86 Chambers Street, 3rd floor
New York, NY 10007
Tel. (212) 264-2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                  :

MIGUEL ALAS,                       :          1:19-CV-00430 (VSB-BCM)
                                                  :
       Plaintiff                 :          **CONSENT ORDER FOR PAYMENT**
                                                  :          **OF FEES PURSUANT TO THE EQUAL**
      v.                            :          **ACCESS TO JUSTICE ACT**
                                                  :

ANDREW SAUL,                    :
Commissioner of Social Security,  :
                                                :
      Defendant.             :
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that Plaintiff be awarded attorney fees and costs under the Equal Access to Justice Act (EAJA) (28 U.S.C. § 2412) in the amount of eight thousand seven hundred dollars ($8,700.00) in fees and expenses, in full satisfaction of any claim for fees and expenses pursuant to EAJA in this action.

AND, the Court having reviewed the record in this matter;

IT IS on this  9th  day of  September , 2020;

ORDERED that Plaintiff be awarded fees and expenses under EAJA in the amount of

1

$8,700.00, and that fees are payable to the Plaintiff, but if Plaintiff does not owe a debt subject to offset, payable to Plaintiff's attorney.

    ORDERED that the within matter is dismissed with prejudice.

_____
Vernon S. Broderick  9/9/2020
United States District Judge

The undersigned hereby consent to the form and entry of the within order.

Dated: 9/4/2020

    AUDREY STRAUSS
    United States Attorney for the
    Southern District of New York
    Attorney for Defendant

By:    /s/ *Benil Abraham*
    Benil Abraham
    Special Assistant United States Attorney
    86 Chambers Street, 3rd floor
    New York, New York 10007
    Telephone: (212) 264-2012
    benil.abraham@ssa.gov

    LAW OFFICE OF DANIEL BERGER
    Attorneys for Plaintiff

Dated:
    Daniel Berger, Esq.
    1000 Grand Concourse, Suite 1A
    Bronx, New York 10451
    Telephone: (718) 588-4715
    danielbergeresq@binderlawfirm.com