```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
MIGUEL ALAS,                                               :
                                                           :
                           Plaintiff,                      :     19-CV-430 (VSB)
                                                           :
            - against -                                    :     **ORDER**
                                                           :
                                                           :
COMMISSIONER OF SOCIAL SECURITY,                           :
                                                           :
                           Defendant.                      :
                                                           :
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/17/2021

<u>VERNON S. BRODERICK, United States District Judge</u>:

Before me is Plaintiff's counsel's motion for attorney fees totaling $15,072.50 under 42 U.S.C. § 406(b). The Commissioner of the Social Security Administration filed a letter response to Plaintiff's counsel's motion agreeing that the filing was timely and the amount appears reasonable. (Doc. 30.) It is hereby

ORDERED that Plaintiff's counsel's motion for attorney fees under 42 U.S.C. § 406(b) seeking fees totaling $15,072.50, which represents 25% of the past due benefits awarded to Plaintiff less $6,000.00 already approved by the Social Security Administration ("Administration") for counsel's past due benefits for work on Plaintiff's case before the Administration, is GRANTED.

IT IS FURTHER ORDERED that the Commissioner is instructed to disburse this amount to Daniel Berger of NY Disability, LLC.

IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to terminate the open motion at Document 26.

SO ORDERED.

Dated: May 17, 2021
      New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge